# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARREN JEROME FUSELIER,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, and CAPITAL ONE, N.A.,<br><br>Defendants. | CASE NO.: 1:24-cv-05949-JPB-JEM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CAPITAL ONE, N.A.,

COMES NOW Plaintiff, DARREN JEROME FUSELIER, and Defendant, CAPITAL ONE, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendant, CAPITAL ONE, N.A., in the above-styled action, with Plaintiff and Defendants are to bear their own attorney's fees, costs and expenses.

Dated this 20th day of March 2025.

| | |
|---|---|
| **/s/ Octavio Gomez**<br>Octavio "Tav" Gomez<br>Florida Bar No.: 0338620<br>Georgia Bar No.: 617963<br>Pennsylvania No.: 325066<br>The Consumer Lawyers PLLC<br>501 E. Kennedy Blvd, Suite 610 | **/s/ Jennifer E. Ziemann**<br>Jennifer E. Ziemann<br>Georgia Bar No.: 264280<br>BURR & FORMAN LLP<br>1075 Peachtree Street, N.E., Suite 3000<br>Atlanta, Georgia 30309<br>Tel.: (404) 815-3000 |

Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

Jziemann@burr.com

*Attorney for Defendant, Capital One, N.A.*