UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARREN JEROME FUSELIER,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-CV-05949-JPB-JEM |

# ORDER

This matter is before the Court on Plaintiff's Notice of Settlement as to Equifax Information Services LLC [Doc. 7].[1] In light of the pending settlement, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

---

[1] On March 20, 2025, Plaintiff stipulated to dismissal with prejudice as to the other named Defendant in this action, Capital One, N.A. [Doc. 9]. As such, Equifax Information Services LLC is the only remaining Defendant in this action.

The parties are **ORDERED** to file the appropriate documents to dispose of the case within sixty days. Absent an extension or further order of the Court, if no request to reopen the case is made within sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 21st day of March, 2025.

_____
J. P. BOULEE
United States District Judge